**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:** **CHAPTER 13**
**TICO FRANCISCUS ARCENEAUX** **CASE NO.: 21-50888-KMS**

**AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR NON-PAYMENT (DKT. 43)**

THIS MATTER came on for consideration of the Trustee's Motion to Dismiss for Non-Payment, and Debtor(s) response (Dkt. 44) and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion is denied with the Debtor(s) default being addressed through selection of and compliance with the following option:

☐ Debtor(s) existing default shall be abated, and the Debtor(s) shall resume payments to the Trustee effective with the plan payment due before noon on August 28th, 2026.

x **Debtor(s) shall pay a lump sum of $2,322.04 to the Trustee before noon on September 30th, 2026. Debtor will be responsible for making her on-going mortgage payments directly to her mortgage company effective September 2026.**

**Should the Debtor fail to pay the lump sum as required above, this case will be dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.**

**##END OF ORDER##**

Submitted by:

/s/ Warren A. Cuntz, Jr., Trustee
**Warren A. Cuntz, Jr., Trustee**
**Chapter 13 Trustee**
P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531

Approved by:

/s/ Thomas Carl Rollins, Jr., Esq. w/permission
**Thomas Carl Rollins, Jr., Esq.**
**Atty for the Debtor, MSB #103469**
P O Box 13767
Jackson, MS 39236
Tel: (601)500-5533