Fill in this information to identify the case:

Debtor 1 TICO FRANCISCUS ARCENEAUX

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
(State)

Case number 21 - 50888 - KMS

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** PennyMac Loan Services, LLC

**Court claim no. (if known):** 7

**Last 4 digits of any number you use to identify the debtor's account:** 7 6 8 6

**Property address:** 105 HAWTHORNE DR
Number Street

LONG BEACH MS 39560
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $4,099.26 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $3,922.79 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $0.00 |

**Part 4: Postpetition Payments**

*Check one:*

- ☐ Postpetition payments are made by the debtor.
- ☒ Postpetition payments are paid through the trustee.
- ☐ Other: ______________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 85,655.04

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on AUGUST 2026 ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 341.36

**Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ */s/ Warren A. Cuntz, Jr.* Date 09/01/2026
Signature

| | | | |
|---|---|---|---|
| Trustee | Warren (First Name) | A. (Middle Name) | Cuntz, Jr. (Last Name) |
| Address | Post Office Box 3749 (Number Street) | | |
| | Gulfport (City) | MS (State) | 39505-3749 (ZIP Code) |
| Contact phone | (228) 831 - 9531 | Email | wcuntzcourt@gport13.com |

# CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Trustee's Notice of Disbursements Made to:

Attorney for Debtor: Jennifer A. Calvillo

Email address: jennifer@therollinsfirm.com

Attorney for Creditor: Kimberly D. Putnam

Email address: kim.mackey@ms.creditorlawyers.com

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Disbursements Made to the following:

Creditor: PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020

Debtor (if *pro se*): ______________________

______________________

______________________

Creditor's Attorney (if not registered with CMECF):

______________________

______________________

______________________

DATED this the 1st day of SEPTEMBER 2026

/s/ *WARREN A. CUNTZ, JR.*
CHAPTER 13 TRUSTEE

P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902