United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-50888-KMS
Tico Franciscus Arceneaux Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Nov 16, 2026 Form ID: 3180W Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tico Franciscus Arceneaux, 105 Hawthorne Dr, Long Beach, MS 39560-8202 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5024994 | + | Dept of VA, P.O. Box 530269, Atlanta, GA 30353-0269 |
| 5395718 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, For PennyMac Loan Services, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5024999 | + | Penn Foster, PO box 1900, Scranton, PA 18505-0900 |
| 5029209 | + | Robert Alan Byrd, Byrd & Wiser, For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2026 19:20:52 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebnotices@pnmac.com | Nov 16 2026 19:20:27 | PennyMac Loan Service, LLC, P.O. Box 2410, Moorpark,, CA 93020-2410 |
| 5024990 | | EDI: ATTWIREBK.COM | Nov 17 2026 00:06:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5024988 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 16 2026 19:21:01 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5024989 | + | Email/Text: EBNProcessing@afni.com | Nov 16 2026 19:15:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 5024991 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 16 2026 19:20:51 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5024992 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Nov 16 2026 19:15:00 | CorTrust Bank, Po Box 7030, Mitchell, SD 57301 |
| 5024993 | + | Email/Text: bankruptcy@credencerm.com | Nov 16 2026 19:15:00 | Credence Resource Mana, P.O. Box 2147, Southgate, MI 48195-4147 |
| 5024996 | | EDI: DISCOVER | Nov 17 2026 00:06:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 5024995 | + | Email/Text: ebone.woods@usdoj.gov | Nov 16 2026 19:15:00 | Dept of VA, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5025627 | | EDI: DISCOVER | Nov 17 2026 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5026550 | ^ | MEBN | Nov 16 2026 19:06:43 | Elizabeth Crowell Price, Esq., Dean Morris, LLC, behalf of PennyMac Loan Services, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5024997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2026 19:20:22 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5024998 | + | Email/Text: melissa.martin@kfcu.org | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 16 2026 19:15:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |
| 5025832 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2026 19:20:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5046922 | | EDI: PRA.COM | Nov 17 2026 00:12:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5025000 | | Email/PDF: ebnotices@pnmac.com | Nov 16 2026 19:20:52 | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 5026445 | + | Email/PDF: ebnotices@pnmac.com | Nov 16 2026 19:20:52 | PennyMac Loan Services, LLC:, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5025001 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2026 19:20:23 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 5030186 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2026 19:21:00 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5025002 | + | EDI: SYNC | Nov 17 2026 00:06:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 5044379 | | Email/Text: TMSGroup@peritusservices.com | Nov 16 2026 19:15:00 | TMS GROUP, Triton Peritus Portfolio Services II, LL, PO BOX 141419, IRVING, TX 75014-1419 |
| 5025003 | ^ | MEBN | Nov 16 2026 19:06:43 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor PennyMac Loan Services LLC Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Tico Franciscus Arceneaux jennifer@therollinsfirm.com |

| | |
|---|---|
| | jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Service LLC kimberlyp@hwmlawfirm.com, msecf@ms.creditorlawyers.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kimberlyp@hwmlawfirm.com, msecf@ms.creditorlawyers.com |
| Michael Lindsey | on behalf of Creditor PennyMac Loan Services LLC michaell@hwmlawfirm.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tico Franciscus Arceneaux trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 9

***Information to identify the case:***

Debtor 1 **Tico Franciscus Arceneaux**
First Name Middle Name Last Name

Social Security number or ITIN **xxx–xx–9881**

EIN _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _

EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–50888–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Tico Franciscus Arceneaux**
aka Tico Franciscus Arceneaux Sr.

Dated: 11/16/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**